FILED
CLERK, U.S. DISTRICT COURT
JUL - 3 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: MJ-18-01731 |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| ANTONIO BUGARIN-HERRERA, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on nature of the offenses; immigration status; unverified residence and background information

and/or

1  B.    ( ) The defendant has not met his/her burden of establishing by clear and
2        convincing evidence that he/she is not likely to pose a danger to the safety of any
3        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4        finding is based on: _____
5  _____
6  _____
7  _____
8
9        IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.
11
12 Dated: July 3, 2018                            *Alicia G. Rosenberg*
13                                        ALICIA G. ROSENBERG
                                         United States Magistrate Judge